IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARL BRACKETT and<br>ANTHA JUNE BRACKETT,<br><br>    Plaintiffs,<br><br>v.<br><br>RED SIMPSON, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. CIV-00-80-S<br>)<br>)<br>)<br>) |

**FILED**

OCT 3 2000

WILLIAM B. GUTHRIE
Clerk, U.S. DISTRICT COURT
By_____
Deputy Clerk

**JUDGMENT**

    On October 3, 2000, the jury returned special findings declaring Defendant, Red Simpson, Inc., 5% negligent and Plaintiff Carl Brackett 95% contributorily negligent with respect to Plaintiffs' negligence claims. The jury assessed Plaintiff Carl Brackett's damages at $2,000.00 without regard to the percentages of negligence and contributory negligence. The jury assessed Plaintiff Antha June Brackett's damages at $18,000.00 without regard to the percentages of negligence and contributory negligence.

    Pursuant to the special findings returned by the jury, and after application of the provisions of Tex. Civ. Prac. & Rem. Code §§ 33.001, 33.012, and 33.013, the court enters judgment in favor of Defendant, Red Simpson, Inc., and against Plaintiff Carl Brackett and Plaintiff Carl Brackett recovers nothing from Defendant, Red Simpson, Inc. Judgment is also entered in favor of Plaintiff Antha June Brackett and against Defendant, Red Simpson, Inc., in the amount of $900.00.

**This judgment is entered** this __3rd__ day of October, 2000.

_____
Frank H. Seay
United States District Judge